IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICKIE COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-234-WKW |
| | ) | |
| HWASHIN AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 21, 2019, the Magistrate Judge filed a Report and Recommendation to which no timely objections were made. (Doc. # 86.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED that Defendant's Motion to Tax Costs (Doc. # 78) is GRANTED, that Plaintiff's Motion to Strike (Doc. # 81) is DENIED, and that costs are taxed against Plaintiff in the amount of $496.50.

DONE this 9th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE